69,858

**WRIT OF HABEAS CORPUS**

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

**CERTIFIED COPIES OF**

**P O S T   C O N V I C T I O N**

FROM:                    185TH DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

DONALD WAYNE HEROD

<u>APPLICANT</u>

VS.

THE STATE OF TEXAS

<u>RESPONDENT</u>

# CAUSE #476691-B

# INDEX

|                                                          | PAGE |
|----------------------------------------------------------|------|
| WRIT OF MANDAMUS FROM THE COURT OF CRIMINAL APPEALS       | 1    |
| DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER                   | 3    |
| CERTIFICATE OF THE CLERK                                  | 4    |



FILED
Chris Daniel
District Clerk

FEB 0 5 2015

Time:_____
Harris County, Texas
By_____
Deputy

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-69,858-17

### IN RE DONALD W. HEROD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 476691 IN THE 185th DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 185th District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

: 00001

Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 4, 2014
Do not publish



# HARRIS COUNTY DISTRICT ATTORNEY
## DEVON ANDERSON

February 25, 2015

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas  77002

> Re:  Ex parte <u>DONALD WAYNE HEROD</u>
> No. <u>476691-B</u>  in the <u>185th</u>
> District Court of Harris County, Texas
> Filing date: 08-27-14

Date copy of writ delivered to District Attorney's Basket: **FEB 2 5 2015**
By: <u>L. Hernandez</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

_Signature_

**FEB 2 5 2015**

_____
Date Received

Assistant District Attorney
Harris County, Texas

: 00003

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS                    {   IN THE 185th DISTRICT COURT

COUNTY OF HARRIS                    {   OF HARRIS COUNTY,  TEXAS


I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing  4   pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 476691-B including certified

copies as requested from Court Order (entered on the 4TH day of  FEBRAURY, A.D.,

2015) and each document, the inclusion of which was thereby ordered.


I further certify the Applicant DOANLD WAYNE HEROD is in the custody of the Texas

Department of Criminal Justice Institutional Division.


Witness my hand and seal of said Court at Houston, Texas, on this the 4TH  day of

MARCH, 2015.


CHRIS DANIEL, District Clerk
Harris County, Texas

By: _____
Leslie Hernandez , Deputy

REV. 01-02-04

: 000004